# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　Web: www.abdulhassan.com

**January 1, 2018**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2018

<u>Re: Ashmeade v. Le Petit Chateau, Inc. et al</u>
　　Case No. 17-CV-03822 (JMF)
　　**Response to Order to Show Cause**

Dear Judge Furman:

　　My firm represents plaintiff in the above referenced action, and I respectfully write in response to the Court's December 21, 2017 order to show cause which states in relevant part as follows (ECF No. 20):

> ORDER: Accordingly, the parties are hereby ORDERED to show cause in writing why Plaintiff's claims should be dismissed. If the dismissal is related to a settlement of Plaintiff's claims, he must submit the settlement agreement to the Court for its approval and must explain (in the accompanying joint letter) why the Court should approve the settlement, with reference to the factors discussed in Wolinsky.

　　By way of clarification, there is no settlement of this action and my firm has not received any fees or reimbursement of costs in this action. Plaintiff is seeking to dismiss the case **without** prejudice (ECF No. 19), to filing his claims at a later time if the circumstances of the defaulting defendants change – it appears that defendants' business is now closed. Moreover, a dismissal without prejudice will allow the Plaintiff to refile his claims with the federal or state Department of Labor or with the New York State Attorney General. These agencies may have more tools in their toolkit to deal with defendants and the corporate owners in the current circumstances.

　　We thank the Court in advance for its time and consideration.

1

2

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

The Clerk of Court is directed to close this case. All motions are denied as moot. All conferences are cancelled.

SO ORDERED.

January 2, 2018